IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KELSEA MERCER,**

    **Plaintiff,**

v.

    Case No. 2:20-cv-3214
    Judge Edmund A. Sargus, Jr.
    Chief Magistrate Judge Elizabeth P. Deavers

**ATHENS COUNTY, OHIO,**
**et al.,**

    **Defendants.**

## ORDER

Plaintiff, Kelsea Mercer, as Administrator of the Estate of Jennifer Ohlinger, deceased, brings this civil rights action under 42 U.S.C. § 1983 alleging that Defendants' actions while the decedent was in custody at the Southeastern Ohio Regional Jail violated the Fourteenth and/or Eighth Amendments to the United States Constitution and Ohio law. This matter is before the Court for the initial screen of Plaintiff's Complaint under 28 U.S.C. § 1915A to identify cognizable claims and to recommend dismissal of Plaintiff's Complaint, or any portion of it, which is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. Having performed the initial screen, Plaintiff may proceed on her claims against Defendants. The Court expresses no opinion as to their merits.

    **IT IS SO ORDERED**.

                                                     */s/ Elizabeth A. Preston Deavers*
**DATED: June 26, 2020**                **ELIZABETH A. PRESTON DEAVERS**
                                                   **CHIEF UNITED STATES MAGISTRATE JUDGE**