IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Kelsea Mercer, as Administrator of the Estate of Jennifer Ohlinger, deceased<br><br>Plaintiff,<br><br>vs.<br><br>James Gray, II, RN, et al.,<br><br>Defendants. | Case No: 2:20-cv-3214<br><br>JUDGE EDMUND A. SARGUS<br>Magistrate Elizabeth Preston Deavers<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Kelsea Mercer, as Administrator of the Estate of Jennifer Ohlinger, by and through counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit, from the trial court's September 22, 2022 Opinion and Order (Document #45) granting summary judgment to Defendants James Gray, II; Charity Lowery; and Amista Jarvis and the Court's contemporaneously filed Judgment Entry (Document #46).

Respectfully Submitted,

/s/ R. Craig McLaughlin
_____
R. Craig McLaughlin (0068765)
Elk & Elk Co., Ltd.
6105 Parkland Blvd., Ste. 200
Mayfield Hts., OH  44124
Phone:  (440) 442-6677
Fax:  (440) 442-7944
E-Mail:  rmclaughlin@elkandelk.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

The foregoing was filed electronically via the Court's ECF system and will be served upon all counsel of record pursuant to the Court's electronic notification system.

/s/ R. Craig McLaughlin
*Attorney for Plaintiff*