# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KELSEA MERCER,**

    **Plaintiff,**

  v.

    **Case No. 2:20-cv-3214**
    **Judge Edmund A. Sargus, Jr.**
    **Magistrate Judge Elizabeth Preston Deavers**

**ATHENS COUNTY, OHIO,** *et al.***,**

    **Defendants.**

## ORDER

The Parties participated in a private mediation with Mediator Craig Scott and reported that they have a reached a settlement. The Parties are **DIRECTED** to file a stipulation of dismissal within ninety days of the issuance of this Order. If the Parties are unable to file a stipulation of dismissal within ninety days, the Parties are **DIRECTED** to file a Notice with the Court indicating the amount of additional time they need. The Court hereby **VACATES** its Order Setting Trial Date and Settlement Conference (ECF No. 53).

    **IT IS SO ORDERED.**

**10/23/2023**                                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**