**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KELSEA MERCER,**

    **Plaintiff,**

v.

**ATHENS COUNTY, OHIO,** *et al.*,

    **Defendants.**

**Case No. 2:20-cv-3214**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth Preston Deavers**

## ORDER

On February 13, 2024, the Court Ordered the Parties to either file a stipulation of dismissal or notify the Court of additional time needed within seven days of the issuance of that Order. (ECF No. 55.) On February 15, 2024, the Parties notified the Court that they would need an additional 30 days to complete the settlement documents and file a stipulation of dismissal. Accordingly, the Parties are **ORDERED** to file a stipulation of dismissal within **30 days** of this Order. This case remains open.

    **IT IS SO ORDERED.**

**2/26/2024**                                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                              **EDMUND A. SARGUS, JR.**
                                                                    **UNITED STATES DISTRICT JUDGE**